IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| City of Moundridge, et. al. ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:04CV00940 |
| ) | |
| v. ) | Judge Richard W. Roberts |
| ) | |
| Exxon Mobil Corporation, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Reconsideration of the Court's Memorandum Opinion and Order Entered September 30, 2009 Granting Summary Judgment to Defendants, it is hereby ORDERED that the Motion is GRANTED.  Defendants shall file their opposition to Plaintiffs' Motion by November 16, 2009.

SO ORDERED this _____ day of _____, 2009

_____
Hon. Richard W. Roberts
United States District Judge